JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

**LINDA MATLOCK,**

Plaintiff,

vs.

**ASSET ACCEPTANCE, LLC,**

Defendant.

CASE NO.: 2:13-cv-05160-DMG-JCG

**ORDER RE DISMISSAL OF ACTION [12]**

IT IS HEREBY ORDERED that, pursuant to the parties' Stipulation to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire action is dismissed with prejudice.  The parties shall bear their own costs and fees.

DATED:  November 22, 2013

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

Order re Dismissal of Action - 1